UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-686-H

PETERS WHOLESALE FURNITURE, INC.                              PLAINTIFF

V.

MANCHESTER FURNITURE GROUP, INC.                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Peters Wholesale Furniture, Inc. ("Peters"), has moved to alter, amend or vacate the Court's final judgment entered January 10, 2006, which awarded summary judgment. The Court believes that the entry of the judgment was correct in every respect. At the time, the Court indicated that Peters had not responded to the motion urging the final judgment. However, the order itself was not based upon Peters' failure to respond.

Nevertheless, Peters now argues that failure to respond was based on mistake or excusable neglect. The Court has reviewed the motion and does not find the excuses now set forth to suggest excusable neglect. Nor does the Court find any substantive reason to change its original order.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to alter, amend or vacate the order dated January 10, 2006, is DENIED.

cc: Counsel of Record